

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 9:00-CR-20(1) |
| § | |
| GABRIEL JOHNSON § | |

## MEMORANDUM ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(I) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of Defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [Clerk's Doc. 86]. The magistrate judge recommended that the Court revoke Defendant's supervised release and impose a term of imprisonment for the revocation to be served consecutive to defendant's current term of state imprisonment in Case No. 241-2097-07, with no additional supervision to follow.

Defendant waived his right to be present and allocute at sentencing. However, Defendant filed *Defendant's Statement of Factual Inaccuracies and Omissions* (Clerk's Doc. 87), seeking to correct one sentence in the report, reciting government's counsel's averment that "Defendant will be up for parole in a few months." *Findings of Fact and Recommendation*, Section C: "Evidence presented at hearing." Defendant seeks to correct that statement as follows: "TDCJ records indicate that the Defendant is not eligible for parole until April, 2011." *Defendant's Statement of Factual Inaccuracies and Omissions* (Clerk's Doc. 87). Defendant does not otherwise object to the magistrate judge's recommendation.

Defendant's proffered correction does not alter the magistrate judge's reasoning for his recommendation. *See Findings of Fact and Recommendation on Plea of True*, p. 6. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation on Plea of True* [Clerk's Doc. 86] of the United States Magistrate Judge are **ADOPTED.** The Court finds that Defendant, Gabriel Johnson, violated conditions of his supervised release. The Court accordingly **ORDERS** that the Defendant's term of supervision is **REVOKED.** Pursuant to the magistrate judge's recommendation, the Court **ORDERS** Defendant to serve a term of thirty (30) months imprisonment for the revocation to be served consecutive to Defendant's current term of state imprisonment in Case No. 241-2097-07, with no further supervision to follow.

**SIGNED** this the **22** day of **January, 2010.**

Thad Heartfield
United States District Judge